UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER QUARLES,

    Petitioner,

v.

CONTRA COSTA COUNTY,

    Respondent.

Case No. 23-cv-06635-RS (PR)

**ORDER OF DISMISSAL**

    Petitioner has not complied with the Clerk's Notice to either pay the $5.00 filing fee or file the correct documentation to proceed *in forma pauperis* (IFP). Accordingly, this federal habeas action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Clerk's Notice, *see* Federal Rule of Civil Procedure 41(b). The Court notes the petition is blank apart from petitioner's name and signature.

    Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page, (ii) be accompanied by full payment for the $5.00 filing fee or a complete IFP application, which includes the application form itself, a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months; and (iii) an amended petition that provides all the information the petition form requires. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 15, 2024

                                               RICHARD SEEBORG
                                               Chief United States District Judge